UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHIEFTAIN INTERNATIONAL (U.S.), INC., HUNT CHIEFTAIN DEVELOPMENT, L.P. and HUNT OIL COMPANY, <br><br>  Plaintiff <br><br> v. <br><br> DENNY OFFSHORE EXPLORATION, INC., SOUTHEAST OFFSHORE, INC. and SOUTH PASS PROPERTIES, INC. <br><br>  Defendants | CIVIL ACTION <br><br> NO. 03-1346 <br><br> SECTION "N" <br> HON. KURT D. ENGELHARDT <br><br> MAG. "2" <br> HON. JOSEPH C. WILKINSON, JR. |

## JUDGMENT

Considering Plaintiffs Chieftain International (U.S.), Inc., Hunt Chieftain Development, L.P. and Hunt Oil Company's (collectively "Hunt") Motion to Set Attorney Fees, Court Costs and Other Costs (Rec. Doc. No. 150);

And considering the Magistrate Judge's Findings and Recommendation on Plaintiffs' Motion to Set Attorney Fees, Court Costs and Other Costs, entered January 25, 2008 (Rec. Doc. No. 169); Defendant Southeast Offshore, Inc.'s Objection to the Findings and Recommendation on Plaintiffs' Motion to Set Attorney Fees, Court Costs and Other Costs and the exhibits submitted therewith (Rec. Doc. No. 173); Hunt's Response to the Objection to the

Findings and Recommendation on Plaintiffs' Motion to Set Attorney Fees, Court Costs and Other Cost, and the exhibits submitted therewith (Rec. Doc. No. 177) as well as the arguments of counsel, and the applicable law;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Southeast Offshore, Inc.'s Objections to the Magistrate Judge's Findings and Recommendation are overruled in part and sustained in part;

IT IS FURTHER ORDERED that the findings and recommendations of the United States Magistrate Judge are approved and adopted as the Court's opinion in this matter, with the modifications detailed in the Court's March 19, 2008 ruling on Defendant Southeast Offshore Inc.'s Objections to the Magistrate's Judge's Findings and Recommendation, which was rendered in open court, as well as the Court's Minute Entry of March 19, 2008 (Rec. Doc. No. 186) and Order of March 27, 2008 (Rec. Doc. No. 190);

IT IS FURTHER ORDERED that Southeast Offshore, Inc. and South Pass Properties, Inc. are liable in solido to pay Hunt $476,380.78 in reasonable attorney fees and $28,031.15 in costs.

New Orleans, Louisiana, this 8th day of April 2008.

_____
UNITED STATES DISTRICT JUDGE